**Mark SMITH, Plaintiff–Appellant**

v.

**Larry NORRIS, in his individual capacity and in his official capacity as former Director of the Arkansas Department of Corrections; Ray Hobbs, in his individual and official capacity as current Director of the Arkansas Department of Corrections; Dale Reed, in his individual capacity and as Warden of Ouachita River Correctional Unit; John Doe, 1–5 are unknown individuals or entities who had supervisory authority for the protection and safety protocol for inmate work details; 6–10 are unknown individuals or entities who had the direct responsibility for the daily safety protocol and assignments, Defendants–Appellees.**

No. 14–1273.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 4, 2014.

Filed: Nov. 17, 2014.

Robert R. Cortinez, II, Law Offices of Robert R. Cortinez II, Little Rock, AR, for Plaintiff–Appellant.

Christine Ann Cryer, Ka Tina R. Hodge, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

1. The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

PER CURIAM.

Mark Smith appeals the district court's [1] adverse grant of summary judgment and dismissal of his action. After careful review, *see Joseph v. Allen,* 712 F.3d 1222, 1225 (8th Cir.2013) (grant of summary judgment is reviewed de novo and is proper when, viewing evidence in favor of non-moving party, there is no genuine issue of material fact), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.